UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK ex rel. AMERICAN ADVISORY SERVICES LLC, <br><br>    *Plaintiff-Relator*,<br>v.<br><br>EGON ZEHNDER INTERNATIONAL, INC. and EGON ZEHNDER INTERNATIONAL AG,<br><br>    *Defendants*. | Case No. 1:21-cv-06883<br><br>NOTICE OF MOTION TO REMAND |

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, the undersigned will move this Court before the Honorable Lewis J. Liman, United States District Judge for the Southern District of New York, at the United States Courthouse, 500 Pearl Street, New York, New York 10007-1312, at a date and time to be determined by the Court, for an order remanding this action to the New York Supreme Court for New York County pursuant to 28 U.S.C. § 1447, and for such further and other relief as the Court may deem just and proper.

Dated:   August 27, 2021
         New York, New York

                                    Respectfully submitted,
                                    KIRBY McINERNEY LLP

                                    By: /s/ Randall M. Fox
                                        Randall M. Fox
                                    250 Park Ave., Suite 820
                                    New York, NY 10177
                                    (212) 371-6600
                                    rfox@kmllp.com

                                    *Counsel for Plaintiff-Relator American Advisory Services LLC*