UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK ex rel. AMERICAN ADVISORY SERVICES LLC,<br><br>*Plaintiff-Relator*,<br><br>v.<br><br>EGON ZEHNDER INTERNATIONAL, INC. and EGON ZEHNDER INTERNATIONAL AG,<br><br>*Defendants*. | Case No.  21-CV-06883-LJL |

**NOTICE OF DEFENDANT EGON ZEHNDER'S MOTION TO DISMISS THE AMENDED COMPLAINT**

PLEASE TAKE NOTICE that upon the Amended Complaint of Relator Martin Fonseca filed on July 12, 2021 and the accompanying Memorandum of Law in Support of the Motion to Dismiss the Amended Complaint by Defendants Egon Zehnder International, Inc. ("EZ (USA)") and Egon Zehnder International AG ("EZ (AG)") (collectively, "Egon Zehnder"), Egon Zehnder hereby moves this Court before the Honorable Lewis J. Liman, United States District Court, Southern District of New York, Courtroom 15C, 500 Pearl Street, New York, NY, for an order, pursuant to Federal Rule of Civil Procedure 12(b)(6), dismissing the Amended Complaint with prejudice, and granting such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE, that pursuant to the Court's Local Rules, Relator's opposition papers must be served and filed within fourteen days of service of the motion papers.  Reply papers are to be served and filed within seven days of receipt of opposition papers.

DATED: September 24, 2021

                                                       Respectfully submitted,

                                                       */s/ Andrew C. Hruska*

                                                       Andrew C. Hruska
                                                       Kyle P. Sheahen
                                                       Jeffrey S. Bucholtz*
                                                       Yelena Kotlarsky
                                                       KING & SPALDING LLP
                                                       1185 Avenue of the Americas
                                                       New York, New York 10036
                                                       (212) 556-2278

                                                       *Attorneys for Defendants Egon Zehnder International, Inc. and Egon Zehnder International AG*

                                                       *\*Pro hac vice application forthcoming*