

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

May 5, 2022

**BY ECF**
Hon. Lewis J. Liman
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York  10007

Re:  *New York ex rel. Am. Advisory Servs., LLC v. Egon Zehnder Int'l, Inc., et al.*, No. 21 Civ. 6883 (LJL)

Dear Judge Liman:

    I write respectfully on behalf of the U.S. Department of Treasury and the U.S. Department of Justice (together the "United States"), with regard to the Court's order of March 23, 2022, in the above-referenced matter in which the United States and its agencies are not parties.  The order requested that the United States submit its views on certain questions by May 6, 2022.  The United States has been engaged in deliberations over the Court's questions and is continuing to evaluate whether filing a statement of interest would be appropriate in this case.  In light of the application for a 21-day extension by the State of New York due to potential settlement discussions, which the Court has granted, the United States respectfully requests a similar extension for its submission, from May 6, 2022 to May 27, 2022.

    I thank the Court for its consideration of this matter.

    Respectfully,

    DAMIAN WILLIAMS
    United States Attorney

By:     s/Jean-David Barnea
    JEAN-DAVID BARNEA
    Assistant United States Attorney
    Telephone:  (212) 637-2679
    Email: Jean-David.Barnea@usdoj.gov

cc:  Counsel for all parties (by ECF)