

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

May 26, 2022

> The request is GRANTED. The deadline for amicus briefs is extended until Tuesday, June 21, 2022; if the Court does not receive amicus briefs by this deadline, it will decide the matter without the benefit of the views of amici.
>
> SO ORDERED.
> LEWIS J. LIMAN
> United States District Judge
> 5/26/2022

**BY ECF**
Hon. Lewis J. Liman
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York  10007

Re:   *New York ex rel. Am. Advisory Servs., LLC v. Egon Zehnder Int'l, Inc., et al.*, No. 21 Civ. 6883 (LJL)

Dear Judge Liman:

    I write respectfully on behalf of the U.S. Department of Treasury and the U.S. Department of Justice (together the "United States"), with regard to the Court's order of March 23, 2022, in the above-referenced matter in which the United States and its agencies are not parties.  The order initially requested that the United States submit its views on certain questions by May 6, 2022, which the Court previously extended to May 27, 2022.  The United States has continued to evaluate whether filing a statement of interest would be appropriate in this case.  In light of the application for a further extension by the State of New York due to ongoing settlement discussions, the United States respectfully requests a similar extension for its submission, from May 27, 2022 to June 21, 2022.

    I thank the Court for its consideration of this matter.

Respectfully,

DAMIAN WILLIAMS
United States Attorney

By:      s/Jean-David Barnea
JEAN-DAVID BARNEA
Assistant United States Attorney
Telephone:  (212) 637-2679
Email: Jean-David.Barnea@usdoj.gov

cc:   Counsel for all parties (by ECF)