```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
STATE OF NEW YORK et al.,                                          :
                                                                   :
                         Plaintiff,                                :
                                                                   :     21-cv-6883 (LJL)
        -v-                                                        :
                                                                   :         ORDER
EGON ZEHNDER INTERNATIONAL, INC et al.,                            :
                                                                   :
                         Defendant.                                :
                                                                   :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/20/2022

LEWIS J. LIMAN, United States District Judge:

      The State of New York has indicated that it has reached a settlement agreement with Defendants and will seek Court approval for the same. It is hereby ORDERED that the State shall file with the Court any application for approval of the settlement agreement by August 3, 2022. Any objections to the settlement agreement must be filed by August 17, 2022, and any responses to those objections must be filed by August 24, 2022.

SO ORDERED.

Dated: July 20, 2022
      New York, New York
                                                                         LEWIS J. LIMAN
                                                        United States District Judge