

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES  
ATTORNEY GENERAL

DIVISION OF ECONOMIC JUSTICE  
TAXPAYER PROTECTION BUREAU

September 28, 2022

**By ECF**

Hon. Lewis J. Liman  
United States District Judge  
United States District Court for the Southern District of New York  
Daniel Patrick Moynihan United States Courthouse  
500 Pearl Street  
New York, N.Y.  10007

Re: *State of New York ex rel. Am. Advisory Servs., LLC, v. Egon Zehnder Int'l, Inc., et al.*  
No. 21 Civ. 6883

Dear Judge Liman,

We write jointly, on behalf of the State of New York and relator American Advisory Services, LLC, to inform the Court that the State and Relator have reached an agreement in principle resolving the amount of Relator's share of the proceeds of the State's settlement agreement. The State and Relator are still negotiating the full language of the agreement, and propose providing the Court an update by no later than Friday, September 30.

Respectfully submitted,

LETITIA JAMES  
Attorney General of the State of New York

KIRBY McINERNEY

By: *s/ Bryan P. Kessler*

By: *s/ Randall Fox*

Bryan P. Kessler  
(212) 416-8736

Randall Fox  
(212) 371-6600

*Attorney for the State of New York*

*Attorney for American Advisory Services, LLC*