# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

STATE OF NEW YORK *ex rel.* AMERICAN
ADVISORY SERVICES LLC,

                   *Plaintiff-Relator*,

    v.

EGON ZEHNDER INTERNATIONAL, INC. and
EGON ZEHNDER INTERNATIONAL AG,

                   *Defendants*.

**Case No. 1:21-cv-06883-LJL**

**ORDER DIRECTING CLERK
TO CLOSE CASE**

WHEREAS on August 31, 2022, the Court issued an order granting the State of New York's Motion to Approve Settlement as Fair, Adequate, and Reasonable (ECF No. 74), and on September 29, 2022, the State of New York (the "State") notified the Court that the State and Plaintiff-Relator American Advisory Services, LLC (the "Relator") executed an agreement resolving the amount of Relator's share of the proceeds of the State's settlement agreement (ECF No. 80), and on February 13, 2023, Defendants Egon Zehnder International, Inc. and Egon Zehnder International AG notified the Court that the Defendants and the Relator executed an agreement resolving all claims for the Relator's attorneys' fees, expenses, and costs as to Defendants.  (ECF No. 81);

NOW, therefore because all claims in this matter have now been resolved, the Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated: February 14, 2023

HON. LEWIS J. LIMAN
United States District Judge